# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: REASSIGNMENT OF JUDGE | : | No. 327 Common Pleas Judicial |
| OF THE COURT OF COMMON PLEAS | : | Classification Docket |
| OF THE FIRST JUDICIAL DISTRICT OF | : | |
| PENNSYLVANIA TO ANOTHER | : | |
| DIVISION OF SAID COURT | : | |

## O R D E R

**PER CURIAM:**

AND NOW, this 31st day of December, 2014, the Petition of Sheila Woods-Skipper, President Judge of the Court of Common Pleas of the First Judicial District of Pennsylvania, for the permanent reassignment of The Honorable George W. Overton from the Trial Division to the Orphans' Court Division of said Court is hereby granted.